# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PRAETORIAN INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**AIR VENT, INC.,** *et al.*,<br><br>Defendants. | Case No. 18–cv–12314–SDW–ESK<br><br>**ORDER** |

**THIS MATTER** having come before the Court on third-party defendant Powermax Electrical Co., Ltd.'s (Powermax) motion to dismiss the third-party complaint (Motion) (ECF No. 95); and third-party plaintiff Air Vent, Inc. (Air Vent) having filed an opposition to the Motion (ECF No. 98); and Powermax having filed a reply to the opposition (ECF No. 99); and for the reasons stated on the record on October 19, 2020,

**IT IS** on this   **19th** day of **October, 2020**   **ORDERED** that:

1. The Motion is administratively terminated.   The Clerk of the Court is directed to terminate the Motion at **ECF No. 95**.

2. Powermax and Air Vent shall conduct jurisdictional discovery, which shall be completed by **December 31, 2020**.   Counsel for Powermax and Air Vent shall confer to schedule the prompt exchange of written discovery and the depositions of the parties' representatives.   Powermax is granted leave to renew its motion to dismiss, upon a new notice of motion and new papers, following completion of the jurisdictional discovery.

3. A telephone status conference is scheduled for **December 17, 2020 at 11:00 a.m.** before Magistrate Judge Edward S. Kiel.   The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

                                                      */s/ Edward S. Kiel*
                                                      **EDWARD S. KIEL**
                                                      **UNITED STATES MAGISTRATE JUDGE**