# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PRAETORIAN INSURANCE COMPANY,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**AIR VENT, INC.,** *et al.*,<br><br>　　　　Defendants. | Case No. 18–cv–12314–SDW–ESK<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on December 21, 2020; and for good cause shown,

**IT IS** on this **21st** day of **December 2020 ORDERED** that:

　　1.　A telephone status conference is scheduled for **March 11, 2021 at 9:30 a.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and access code is 310-0383#. The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

　　2.　The period for jurisdictional discovery set to expire on December 31, 2020 (ECF No. 101) is extended through **February 26, 2021**.

　　　　　　　　　　　　　　　　　　　　　　/s/ Edward S. Kiel
　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**